STATE OF NEW JERSEY v. COUNCIL OF NEW JERSEY STATE
COLLEGE LOCALS, NJSFT, AFT–AFL–CIO.

June 7, 1988.

Petition for certification granted.  (See 223 *N.J.Super.* 323)

DONALD D. HOWARD v. JERSEY CITY BOARD
OF EDUCATION.

June 7, 1988.

Petition for certification denied.

PATRICK C. SICILIANO v. DIVISION OF YOUTH AND
FAMILY SERVICES.

June 7, 1988.

Petition for certification denied.